# United States Court of Appeals

### For the Eighth Circuit

_____

No. 21-3615

_____

Lisa A. Biron

*Plaintiff - Appellant*

v.

Michael D. Carvajal, Director Federal Bureau of Prisons, sued in their official capacity; FCI Waseca Warden Mistelle Starr, sued in their official capacity; Deanna Hiller, FCI Waseca Unit Manager; sued in her individual and official capacities

*Defendants - Appellees*

_____

Appeal from United States District Court
for the District of Minnesota

_____

Submitted: June 21, 2022
Filed: June 24, 2022
[Unpublished]

_____

Before GRUENDER, BENTON, and STRAS, Circuit Judges.

_____

PER CURIAM.

Federal inmate Lisa Biron appeals the district court's[1] dismissal of her pro se complaint raising claims that Bureau of Prisons (BOP) officials denied her access to the courts, and violated the Administrative Procedures Act by failing to follow BOP regulations. Following a careful review, we conclude that the district court did not err in dismissing the case. *See Plymouth Cty. v. Merscorp, Inc.*, 774 F.3d 1155, 1158 (8th Cir. 2014) (reviewing dimissal de novo). Accordingly, we affirm. *See* 8th Cir. R. 47B.

_____

_____

[1]The Honorable Wilhelmina M. Wright, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Elizabeth Cowan Wright, United States Magistrate Judge for the District of Minnesota.